**2008–1262. State v. Gillman.**

Union App. No. 14–08–02, 2008-Ohio-2606. On motion for stay of court of appeals' judgment. Motion denied.

**2008–1322. State ex rel. Auto–Owners Ins. v. Wortham.**

Montgomery App. No. 22540, 2008-Ohio-2873. On motion for stay of court of appeals' decision. Motion granted.

LANZINGER and CUPP, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2008–0419. State v. Person.**

Hamilton App. No. C–060656, 174 Ohio App.3d 287, 2007-Ohio-6869. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decision in 2007–0184, *State v. Brown*, Cuyahoga App. No. 87651, 2006-Ohio-6267; and briefing schedule stayed.

LUNDBERG STRATTON and CUPP, JJ., would also accept the appeal on Proposition of Law Nos. I and III.

PFEIFER and O'DONNELL, JJ., dissent.

**2008–0661. State v. Hunter.**

Cuyahoga App. No. 89456, 2008-Ohio-794. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2008–0215 and 2008–0429, *State v. Sanchez*, Greene App. No. 06–CA–154, 2007-Ohio-6697; and briefing schedule stayed.

PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2008–0767. State v. South.**

Union App. No. 14–07–40, 2008-Ohio-1143. Discretionary appeal accepted; cause held for the decision in 2007–2182, *State v. Goldsberry*, Union App. No. 14–07–06, 2007-Ohio-5493; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–0784. Hayes v. Oakridge Home.**

Cuyahoga App. No. 89400, 175 Ohio App.3d 334, 2008-Ohio-787.

PFEIFER, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–0785. State v. Jones.**

Cuyahoga App. No. 89499, 2008-Ohio-802. Discretionary appeal accepted on Proposition of Law No. I.

LANZINGER, J., would also accept the appeal on Proposition of Law No. II.

MOYER, C.J., and PFEIFER and CUPP, JJ., dissent.

**2008–0844. State v. Lawrence.**

Butler App. No. CA2007–01–017, 2008-Ohio-1354.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2008–0857. Kiminski v. Metal & Wire Prods. Co.**

Columbiana App. No. 07–CO–15, 175 Ohio App.3d 227, 2008-Ohio-1521.

CUPP, J., would accept the appeal on Proposition of Law Nos. II and III only.

PFEIFER, J., dissents.

**2008–0895. Niskanen v. Giant Eagle, Inc.**

Summit App. No. 23445, 2008-Ohio-1385. Discretionary appeal accepted.

PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

Motions for admission pro hac vice of Scott D. Livingston, Bernard D. Marcus, and Stephen S. Zubrow by Robert C. McClelland granted.